UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
:                                             MEMORANDUM DECISION
:                                                   AND ORDER
IN RE: FRED H. SIEMON                         :
:                                              20cv7508 (GBD) (SDA)
:
:
:
------------------------------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Debtor-Appellant's request for an extension of time until November 6, 2020 to file his memorandum of law in support of his appeal, (ECF No. 5), is GRANTED.

Dated: New York, New York
       October 7, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge