UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
: MEMORANDUM DECISION
: AND ORDER
IN RE: FRED H. SIEMON :
: 20 Civ. 7508 (GBD)
:
:
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Debtor-Appellant's request for an extension of time until November 6, 2020 to file his memorandum of law in support of his appeal, (ECF No. 5), is GRANTED.

Dated: New York, New York
October 13, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge